People of the State of Illinois, for use of Gary-Wheaton Bank, Conservator of Estate of Simon Blazek, Insane, Appellee, v. Amos B. Shepard et al., Defendants, and United States Fidelity and Guaranty Company, Appellant.

Gen. No. 9,462.

Heard in this court at October term, 1939; opinion filed January 8, 1940; rehearing denied February 6, 1940. Eugene P. Kealy, for appellant; Fay Warren Johnson, of counsel; Palmer Leren and John S. Woodward, for appellee. Opinion by PRESIDING JUSTICE WOLFE. ''Not to be published in full.''